## STILLWELL *v.* ADAMS

[No. 19,736. Filed October 7, 1963. Rehearing denied November 12, 1963. Transfer denied January 6, 1964.]

*Roland Obenchain, Jr., Douglas D. Seely, Jr.,* and *Jones, Obenchain, Johnson, Ford & Pankow,* all of South Bend, for appellant.

*David L. Matthews,* of South Bend, for appellee.

PER CURIAM.—The appellee's petition to transfer is denied.

By denial of transfer in this case it should not be construed that proof of both wilful and wanton misconduct is necessary, as the statute uses the words "wilful or wanton misconduct" in the alternative.

NOTE.—Reported in 194 N. E. 2d 806.